IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROB BARTHOLOMEW § | |
| § | |
| PLAINTIFF § | |
| § | |
| VS. § | CASE NO. 4: 06-0860 |
| § | |
| MICHAEL MCGAUGHEY, Individually and § | |
| d/b/a DIVERSIFIED CREDIT SYSTEMS § | |
| § | |
| DEFENDANT § | |

### ORDER GRANTING DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be heard and considered in the above entitled and numbered cause, a Motion to Dismiss with Prejudice. Plaintiff filed this motion and the Court, having reviewed the motion, pleadings, and evidence on file, finds that it is accordingly

ORDERED, ADJUDGED and DECREED that Plaintiff's suit against Defendant is dismissed with prejudice to the refiling of same.

All relief not specifically granted herein is hereby denied.

Costs of Court are taxed against the parties incurring same.

SIGNED this the _____ day of _____, 2006.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

MARK L. ASCHERMANN, ATTORNEY AT LAW

_____
Mark L. Aschermann; SBN: 01368700
Fed. ID No. 4085
3730 Kirby Drive #520
Houston, Texas 77098
(713) 942-0808 Telephone
(713) 942-0449 Facsimile

**ATTORNEY FOR PLAINTIFF
ROB BARTHOLOMEW**